UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ELIZABETH QUINTERO,**

      **Plaintiff,**

v.                                   Case No. 6:24-cv-1345-CEM-DCI

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

                         /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Remand ("Motion," Doc. 18). The United States Magistrate Judge issued a Report and Recommendation (Doc. 23), recommending that the Motion be denied, (*id.* at 7).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 23) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion to Remand (Doc. 18) is **DENIED**.

3. The Commissioner's final decision is **AFFIRMED**.

4. The Clerk is directed to enter judgment in favor of the Commissioner and against Plaintiff and close this case.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party